AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 111(a)(1) - Resisting an Officer
36 C.F.R. § 2.34(a)(4) - Disorderly Conduct

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release of 1 year
Mandatory special assessment fee of $25

E-filing

**DEFENDANT - U.S.**

▶ LIANITO F. ISALES

**DISTRICT COURT NUMBER**

CR 07 0313

FILED
MAY 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT** — MAG

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 4/6/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
MAY 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LIANITO F. ISALES,<br><br>    Defendant. | CR No. 07 0313<br><br>VIOLATIONS: Title 18 U.S.C. § 111(a)(1) - Resisting an Officer (Class A Misdemeanor); Title 36 C.F.R. § 2.34(a)(4) - Disorderly Conduct (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 111(a)(1) - Resisting an Officer

    On or about April 6, 2007, in the Northern District of California, within the boundaries of an area within the purview of the Golden Gate National Recreation Area, the defendant,

LIANITO F. ISALES,

did resist, oppose, impede, and interfere with an officer of the National Park Service, Department of the Interior, while he was engaged in and on account of the performance of his official duties,

INFORMATION

1 | in violation of Title 18, United States Code, Section 111(a)(1), a Class A Misdemeanor.
2 | COUNT TWO: 36 C.F.R. § 2.34(a)(4) - Disorderly Conduct
3 |       On or about April 6, 2007, in the Northern District of California, within the boundaries
4 | of an area within the purview of the Golden Gate National Recreation Area, the defendant,
5 | LIANITO F. ISALES,
6 | with intent to cause public alarm and nuisance, and knowingly and recklessly creating a risk
7 | thereof, did create and maintain a physically offensive condition, to wit: engaging in mutual
8 | masturbation while adjacent to a public park trail, in violation of Title 36, Code of Federal
9 | Regulations, Section 2.34(a)(4), a Class B Misdemeanor.

DATED: 5/18/07

SCOTT N. SCHOOLS
United States Attorney

GREGG LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                              -2-