Location: CN22 Citation: P5008791 SIDE: A

**New Citation Search  New Hearing Search**

## United States District Court Violation Notice

CVB Location Code
CN 22 (PRESIDIO)
CN-20 (GGNRA)
Circle One

**Violation Number:** P 5008791
**Officer Name (Print):** Bahrke
**Officer No:** 518

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/06/07 0907
**Offense Charged:** 36 CFR 1004.21(c) — CFR
**Place of Offense:** N/B Lincoln Rerching
**Offense Description:** Speed 45/30  Radar #04235

### DEFENDANT INFORMATION    Phone ( )

**Last Name:** Isakes
**First Name:** Liamjto
**M I:** F

(Street Address, City, State, Zip Code, Date of Birth, Driver's License No, DL State, Social Security No — redacted)

### VEHICLE DESCRIPTION    VIN

(Tag No, State, Year, Make/Model, Color — redacted)

A ☐ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ 99  Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 124  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail.)

**Court Address:**
Duty Magistrate
450 Golden Gate Ave 15th Floor
San Francisco, California

**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original / CVB Copy

Location: CN22 Citation: P5008791 SIDE: B

**New Citation Search    New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __04/06/2007__, 20____ while exercising my duties as a aw enforcement officer in the __Northern__ District of __California__

While operating stationary radar, Decatur Genesis VPD serial number 04235, I saw a green Honda, SC license plate, ███████ traveling north on Lincoln Blvd. at a high rate of speed. Through the use of tracking history and the verification of the vehicle's speed by the radar unit, the vehicle entered the radar beam and maintained a speed of 45 MPH in a posted 30-MPH zone. The driver, ISALES was issued this MVN

The foregoing statement is based upon
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on __04/06/07__  __[signature]__
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 4/16/2007  15 53 08