| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Lili M. Harrell | | | REPORTER/FTR FTR 10:32am - | | |
| MAGISTRATE JUDGE Nandor J. Vadas | | DATE May 21, 2007 | | | NEW CASE ☐ | CASE NUMBER CR07-0313 MAG | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Lianito F. Isales | | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Steve Kalar | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Wendy May Thomas | | INTERPRETER | | | FIN. AFFT ☒ SUBMITTED | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | | PARTIAL PAYMENT ☐ OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR time | ☐ PRELIM HRG time | | ☐ MOTION time | | ☐ JUGM'T & SENTG time | | ☐ STATUS time |
| ☐ I.D. COUNSEL time | ☒ ARRAIGNMENT time | | ☐ BOND SIGNING time | | ☐ IA REV PROB. or S/R time | | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVAL HRG time | | ☐ CHANGE PLEA time | | ☐ PROB. REVOC. time | | ☐ SUP REL HRG time |

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME | | | |

**FILED**
**MAY 21 2007**

| ARRAIGNMENT | | | | | |
|---|---|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | |
|---|---|---|---|---|---|
| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |

| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
|---|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | |
|---|---|---|---|---|
| ☒ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 6/26/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIALSET |
| AT: 10:30am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. Laporte | ☐ DETENTION HEARING | ARRAIGN- MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| |