SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07 0313 MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 26, 2007 TO JULY 10, 2007** |
| LIANITO F. ISALES, | |
| Defendant. | |

     The parties appeared before the Honorable Elizabeth D. Laporte on June 26, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 26, 2007 to July 10, 2007, in light of the need for effective preparation of counsel and continuity of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to obtain and review

[~~PROPOSED~~[ **ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0313 MAG**

discovery with the defendant, and would unreasonably deny the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 26, 2007 to July 10, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 26, 2007 to July 10, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 6/27/07

/s/
STEVEN G. KALAR
Counsel for Lianito F. Isales

DATED: 6/27/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: June 29, 2007

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge



[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0313 MAG    2