CR 07-313

10/29/2007 04:42 PM EDT                                                                                           Version 7.0

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Case No. DCAN307CR000313    US V ISALES

| 001 | LIANITO F. ISALES | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611011735 | 0 | PR | 10.00 | 10/23/2007 |

  Division Payment Total  10.00

  Grand Total  10.00

$ 10.00  SPECIAL ASSESSMENT
         PAID IN FULL  on 10-23-07

Page 1 of 1